DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

FRANKLIN WILLIS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0397

————————————————

October 31, 2025

Appeal from the Circuit Court for Sarasota County; Thomas Wolfgang Krug, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.